

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Daniel Madrid,                      * From the 244th District Court
of Ector County,
Trial Court No. C-19-0701-CR.

Vs. No. 11-22-00293-CR             * September 14, 2023

The State of Texas,               * Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court and the district clerk's bill of costs to delete the $567 third-party collection fee, and we affirm the judgment as modified.